1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division

4  NATALIE LEE (CABN 277362)
   Assistant United States Attorney

5
       450 Golden Gate Avenue
6      Eleventh Floor
       San Francisco, CA 94102
7      Telephone: (415) 436-7301
       Fax: (415) 436-6753
8      E-Mail: natalie.lee2@usdoj.gov

9

10 Attorneys for the United States of America

11

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

                      SAN FRANCISCO DIVISION
14

15 UNITED STATES OF AMERICA,        )   CR No. 3:13-mj-70400 LB
                                    )
16      v.                          )
                                    )
17 CHRISTOPHER ELMORE,              )   **STIPULATION AND [~~PROPOSED~~]**
                                    )   **ORDER EXTENDING TIME LIMITS OF**
18      Defendant.                  )   **RULE 5.1(c) AND EXCLUDING TIME**
                                    )
19 _____  )

20

21      On April 15, 2013, the parties in this case appeared before the Court for an initial

22 appearance on a Complaint.  On April 19, 2013, the parties submitted, and the Court granted, this

   Stipulation and Proposed Order Extending the Time Limits of Rule 5.1(c) and Excluding Time
23
   until May 20, 2013.  The parties now submit a second Stipulation and Proposed Order Extending
24
   the Time Limits of Rule 5.1(c) and Excluding Time until June 21, 2013.
25
        Pursuant to Rule 5.1(d), the defendant consents to this extension of time and waiver, and
26
   the parties represent that good cause exists for the extension, including the effective preparation
27
   of counsel.  The requested continuance is needed to allow counsel sufficient time to prepare and
28

STIPULATION & [PROPOSED] ORDER EXTENDING TIME LIMITS AND EXCLUDING TIME
CR 13-mj-70400 LB

1  review discovery that the government has provided, and the failure to grant the continuance

2  requested would unreasonably deny counsel the reasonable time necessary for effective

3  preparation, taking into account the exercise of due diligence.  Therefore, the parties agree that

4  the Court shall order that the Speedy Trial clock shall be tolled for the reasons stated above from

5  May 20, 2013 to June 21, 2013, and that the arraignment/ preliminary hearing be continued until

6  June 21, 2013.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

7  SO STIPULATED:

                                          MELINDA HAAG
8                                         United States Attorney

9  DATED: May _14_, 2013                  _____/s/_____
                                          NATALIE LEE
10                                        Assistant United States Attorney

11

   DATED: May _14_, 2013                  _____/s/_____
12                                        RITA BOSWORTH
                                          Attorney for Christopher Elmore

13

14                              [PROPOSED] ORDER

15      For the reasons stated above, the Court finds that the extension of time limits applicable

16  under Federal Rule of Criminal Procedure 5.1(c) from May 20, 2013 through June 21, 2013 is

17  warranted and that a continuance of the defendant's arraignment / preliminary hearing to June 21,

18  2013 is warranted; that exclusion of this period from the time limits applicable under 18 U.S.C. §

19  3161 is warranted; that the ends of justice served by the continuance under Rule 5.1 outweigh the

20  interests of the public and the defendant in the prompt disposition of this criminal case; and that

21  the failure to grant the requested exclusion of time would deny counsel for the defendant and for

22  the government the reasonable time necessary for effective preparation, taking into account the

23  exercise of due diligence, and would result in a miscarriage of justice.  18 U.S.C.

24  §3161(h)(7)(B)(iv).

25

26      IT IS SO ORDERED.

   DATED:___5/15/13_____

27                                        _____
                                          THE HONORABLE JOSEPH C. SPERO
28                                        United States Magistrate Judge

                                          Judge Joseph C. Spero