1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  NATALIE LEE (CABN 277362)
   Assistant United States Attorney
5
      450 Golden Gate Avenue
6     Eleventh Floor
      San Francisco, CA 94102
7     Telephone: (415) 436-7301
      Fax: (415) 436-6753
8     E-Mail: natalie.lee2@usdoj.gov

9
   Attorneys for the United States of America
10

11                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13
                        SAN FRANCISCO DIVISION
14

15  UNITED STATES OF AMERICA,        )   No. CR 3:13-mj-70400 LB
                                     )
16      v.                           )
                                     )   STIPULATION AND [~~PROPOSED~~]
17  CHRISTOPHER ELMORE,              )   ORDER EXTENDING TIME LIMITS OF
                                     )   RULE 5.1(c) AND EXCLUDING TIME
18      Defendant.                   )
                                     )
19  _____ )

20

21      On April 15, 2013, the parties in this case appeared before the Court for an initial

22  appearance on a Complaint.  On that date, the government moved for detention, and a detention

23  hearing was scheduled for April 19, 2013.  The parties now submit this Stipulation and Proposed

24  Order Extending the Time Limits of Rule 5.1(c) and Excluding Time until May 20, 2013.

25      Pursuant to Rule 5.1(d), the defendant consents to this extension of time and waiver, and

26  the parties represent that good cause exists for the extension, including the effective preparation

27  of counsel.  The requested continuance is needed to allow counsel sufficient time to prepare and

28  review discovery that the government has provided, and the failure to grant the continuance

STIPULATION & [~~PROPOSED~~] ORDER EXTENDING TIME LIMITS AND EXCLUDING TIME
CR 3:13-mj-70400 LB

1  requested would unreasonably deny counsel the reasonable time necessary for effective

2  preparation, taking into account the exercise of due diligence.  Therefore, the parties agree that

3  the Court shall order that the Speedy Trial clock shall be tolled for the reasons stated above from

4  April 19, 2013 to May 20, 2013, and that the arraignment/ preliminary hearing be continued until

5  May 30, 2013.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

6  SO STIPULATED:

                                            MELINDA HAAG
7                                           United States Attorney
8
   DATED: April _19_, 2013               _____
9                                           /S/
                                            NATALIE LEE
10                                          Assistant United States Attorney

11 DATED: April _19_, 2013               _____
                                            /S/
12                                          RITA BOSWORTH
                                            Attorney for Christopher Elmore

13                           [PROPOSED] ORDER

14

15      For the reasons stated above, the Court finds that the extension of time limits applicable

16 under Federal Rule of Criminal Procedure 5.1(c) from April 19, 2013 through May 20, 2013 is

17 warranted and that a continuance of the defendant's arraignment / preliminary hearing to May 20,

18 2013 is warranted; that exclusion of this period from the time limits applicable under 18 U.S.C. §

19 3161 is warranted; that the ends of justice served by the continuance under Rule 5.1 outweigh the

20 interests of the public and the defendant in the prompt disposition of this criminal case; and that

21 the failure to grant the requested exclusion of time would deny counsel for the defendant and for

22 the government the reasonable time necessary for effective preparation, taking into account the

23 exercise of due diligence, and would result in a miscarriage of justice.  18 U.S.C.

24 §3161(h)(7)(B)(iv).

25      IT IS SO ORDERED.

26

27 DATED: June 21, 2013               _____

28                                       THE HONORABLE MARIA-ELENA JAMES
                                         United States Magistrate Judge   LAUREL BEELER