BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KATHERINE M. LLOYD-LOVETT (CABN 276256)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6821
    FAX: (415) 436-7234
    katherine.lloyd-lovett@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:13-CR-00550 TEH |
| Plaintiff, | |
| v. | [PROPOSED] ORDER OF DETENTION |
| CHRISTOPHER ELMORE, | |
| Defendant. | |

The parties appeared before the Honorable Joseph C. Spero on April 17, 2017, for a detention hearing. The defendant was present and represented by defense counsel Daniel Blank. The government was represented by Assistant United States Attorney Katherine Lloyd-Lovett. The government moved for detention, submitting that the defendant could not meet his burden to show by clear and convincing evidence that he would not flee or pose a danger to the community. Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1).

The Court has considered the parties' proffers during the hearing, the defendant's past conduct and criminal record, and the factors set forth in 18 U.S.C. § 3142(g). For the reasons stated on the record at the hearing, the Court finds that no condition or combination of conditions will reasonably

assure the defendant's appearance or the safety of the community if the defendant were released.  In particular, the Court takes note of the fact that Mr. Elmore has repeatedly violated court supervision in the past.  On addition, Mr. Elmore's length felony record demonstrates that the Court cannot fashion conditions sufficient to protect the safety of the community pending Mr. Elmore's release.  Moreover, Mr. Elmore is at risk of flight due to his past violations of court orders and because his flight from the scene of a vehicle accident during the incident leading to his most recent arrest echoes his prior conduct fleeing from the authorities during his arrest on March 26, 2013, on the charges that led to his prior federal sentence in the above-captioned case.

The Court therefore orders the defendant detained pending further proceedings in this matter.  The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a correctional facility.  The defendant must be afforded a reasonable opportunity to consult privately with counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for a court appearance.

IT IS SO ORDERED.

DATED:  April 17, 2017

_____
HON. JOSEPH C. SPERO
Chief United States Magistrate Judge